UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR. S-88-0272 WBS GGH |
| Plaintiff, | |
| v. | ORDER |
| ROBERT JOE MURRAY, BILLY FRANK COX, et al. | |
| Defendants. | |

----oo0oo----

        Defendants Bobby Joe Murray and Billy Frank Cox filed petitions in the United States District Court for the Northern District of California to reduce or amend their respective sentences. By orders dated January 25, 2005, their petitions were transferred to this district.

        On March 7 and 16, 2005, the United States moved to dismiss defendants' petitions on the grounds that they are second or successive petitions which have not been certified as provided in 28 U.S.C. § 2244. Neither defendant filed a reply to the government's motions.

        Each of the defendants has previously filed at least one petition under 28 U.S.C. § 2255 attacking his sentence in

1

this case.  Section 2255 provides that

> A second or successive motion must be certified as provided in section 2244 by a panel of the appropriate court of appeals [to contain newly discovered evidence or a new rule of constitutional law].

Because the record does not reflect that either defendant has sought or obtained certification from the Ninth Circuit Court of Appeals as provided in section 2244, the motion to dismiss defendants' petitions must be granted.

      IT IS THEREFORE ORDERED that the petitions of defendants Robert Joe Murray and Billy Frank Cox to reduce or amend their sentences under 28 U.S.C. § 2255 be, and the same hereby are, DISMISSED.

DATED: June 7, 2005

*William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE