1

2

3

4

5

6

7                     UNITED STATES DISTRICT COURT

8                     EASTERN DISTRICT OF CALIFORNIA

9                          ----oo0oo----

10  UNITED STATES OF AMERICA,
                                    NO. CR.  S-88-0272 WBS
11            Plaintiff,            NO. CIV. S-06-2367 WBS

12       v.                         ORDER

13  BILLY FRANK COX,

14            Defendant.

15                          ----oo0oo----

16            Defendant Billy Frank Cox filed a document entitled

17  "Petition for Habeas Corpus (28 U.S.C. Section 2241; U.S.

18  Constitution, Fifth Amendment)" in the United States District

19  Court for the Northern District of California, on October 25,

20  2006.  The asserted basis for the petition was that this court

21  determined a fact for sentencing purposes which was

22  constitutionally required to be found by the jury.

23            Because defendant's conviction arose out of this

24  district, the matter was transferred to this court.  Currently

25  before the court are (1) a motion of the defendant to transfer the

26  matter back to the Northern District of California, where he is

27  currently confined, and (2) a motion by the United States to

28  dismiss the petition as an unauthorized successive petition under

                                    1

1  28 U.S.C. § 2255.  The court denies defendant's motion and grants

2  the government's motion to dismiss.

3          First, the matter was properly transferred to this

4  court.  Although the action may be captioned as a habeas corpus

5  petition attacking how the sentence is being executed, it is

6  clearly an attempt to have defendant's sentence vacated or set

7  aside, and as such it is properly considered under 18 U.S.C. §

8  2255.  Second, the petition is clearly a successive section 2255

9  petition.[1]  Under section 2255, no second or successive motion or

10 petition may be considered unless it is certified by the Court of

11 Appeals to contain newly discovered evidence or a new rule of

12 constitutional law made retroactive to cases on collateral review.

13 Here, no such certificate has been issued by the Court of Appeals.

14         IT IS THEREFORE ORDERED that defendant's motion to

15 retransmit this matter to the United States District Court for the

16 Northern District of California be, and the same hereby is,

17 DENIED;

18         AND IT IS FURTHER ORDERED that the government's motion

19 to dismiss the instant petition be, and the same hereby is,

20 GRANTED.

21 DATED:  December 4, 2006

22

23 _____
   WILLIAM B. SHUBB

24 UNITED STATES DISTRICT JUDGE

25

26    [1]    See Clerk's Docket Nos. 480 (motion pursuant to §
   2255);  495 (order denying 2255 motion, filed May 1, 1998); 509
27 (second order denying 2255 motion); 526 (first successive 2255
   petition); 548 (new 2255 petition); 573 )order denying new 2255
28 petition).