UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. Cr. S-88-0272 |
| Plaintiff, | No. Civ. S-06-2367 |
| vs. | ORDER DENYING MOTION FOR RECONSIDERATION |
| BILLY FRANK COX, | |
| Defendant. | |

----oo0oo----

Defendant Billy Frank Cox has filed a motion for reconsideration of this court's Order of December 4, 2006, denying his motion to retransmit this matter to the United States District for the Northern District of California and granting the government's motion to dismiss, on the ground that was not allowed to submit a reply to the government's response to his motion. The court has read his reply, and nothing therein causes the court to change its previous order. For the reasons previously stated, Cox's petition was properly transferred to this court, was properly characterized as a motion under 28 U.S.C. § 2255, and is clearly an unauthorized successive

```
 1  petition.
 2          IT IS THEREFORE ORDERED that defendant's motion for
 3  reconsideration of this court's Order of December 4, 2006 be, and
 4  the same hereby is, DENIED.
 5  DATED:  December 14, 2006
```

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE